Smith v. United States Of America　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Doc. 2

```
                                                        CLERK'S OFFICE U.S. DIST. COURT
                                                              AT ROANOKE, VA
                                                                  FILED

                                                            SEP 0 7 2005
```

IN THE UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF VIRGINIA  
ROANOKE DIVISION  

JOHN F. CORCORAN, CLERK  
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| **ROBERT E. SMITH,**  Petitioner, | Case No. 7:05cv00553 |
| v. | **MEMORANDUM OPINION AND FINAL ORDER** |
| **UNITED STATES OF AMERICA,**  Respondent. | By: Samuel G. Wilson  United States District Judge |

Petitioner Robert E. Smith claims to bring this "motion to amend and reduce sentence" pursuant to Federal Rule of Civil Procedure 60(b). In November 1999, Smith filed a petition pursuant to 28 U.S.C. § 2255, which the court dismissed. Smith filed a second § 2255 petition in January 2005, and, finding that the Fourth Circuit had not authorized Smith to file a successive § 2255 petition, the court dismissed it. Smith styles his current suit as a motion under Federal Rule of Civil Procedure 60(b); however, it is nothing more than a collateral attack on his conviction and sentence. The court therefore views it as a successive § 2255 petition. See Gonzalez v. Crosby, 125 S.Ct. 2641 (2005). Because Smith has neither alleged nor shown that the Fourth Circuit authorized a successive petition, it is hereby **ORDERED** and **ADJUDGED** that Smith's motion is **DENIED** and **DISMISSED** as a successive § 2255 petition.

ENTER: This 7th day of September, 2005.

_____  
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com