CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 7 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT E. SMITH,<br>Petitioner, | ) )  ) | Case No. 7:05cv00553 |
| v. | ) ) ) | **MEMORANDUM OPINION AND<br>FINAL ORDER** |
| UNITED STATES OF AMERICA,<br>Respondent. | ) ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

Petitioner Robert E. Smith claims to bring this "motion to amend and reduce sentence" pursuant to Federal Rule of Civil Procedure 60(b). In November 1999, Smith filed a petition pursuant to 28 U.S.C. § 2255, which the court dismissed. Smith filed a second § 2255 petition in January 2005, and, finding that the Fourth Circuit had not authorized Smith to file a successive § 2255 petition, the court dismissed it. Smith styles his current suit as a motion under Federal Rule of Civil Procedure 60(b); however, it is nothing more than a collateral attack on his conviction and sentence. The court therefore views it as a successive § 2255 petition. See Gonzalez v. Crosby, 125 S.Ct. 2641 (2005). Because Smith has neither alleged nor shown that the Fourth Circuit authorized a successive petition, it is hereby **ORDERED** and **ADJUDGED** that Smith's motion is **DENIED** and **DISMISSED** as a successive § 2255 petition.

ENTER: This 7th day of September, 2005.

UNITED STATES DISTRICT JUDGE